IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: * | |
| Proficient Services, LLC * | |
| Debtor * | Case No: 10-24004 WL |
| * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF CONTINUED
SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above captioned case, originally scheduled for August 23, 2010 at 11:30 am, has been continued to August 31, 2010 at 10:45 am. The continued meeting will be conducted at the Office of the U.S. Trustee, 6305 Ivy Lane, Rm. 621, Greenbelt, Maryland 20770.

I HEREBY CERTIFY that a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors was sent first class mail, postage prepaid to all creditors on the attached mailing matrix, the case trustee, Gary A. Rosen and the US Trustee this 23rd day of June, 2010.

/s/  Howard M. Heneson 09019
Howard M. Heneson #09019
Howard M. Heneson, P.A.
810 Gleneagles Court, Ste. 301
Towson, Maryland  21286
(410) 494-8388
hheneson@bankruptcymd.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 10-24004<br>District of Maryland<br>Greenbelt<br>Wed Jun 23 12:32:09 EDT 2010 | Proficient Services, LLC<br>19137 Valley Overlook Court<br>Knoxville, MD 21758-1350 | AT&T Mobility<br>PO Box 536216<br>Atlanta, GA 30353-6216 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Services Group, Inc.<br>774 Smithfield Avenue<br>Winchester, VA 22601-5404 | Auto Enhancements<br>7932 Reichs Ford Road<br>Frederick, MD 21704-6638 |
| Brian Robinson<br>11821 Taneytown Pike<br>Taneytown, MD 21787-1162 | Carrier Enterprises LLC<br>P.O. Box 905542<br>Charlotte, NC 28290-5542 | Charles Mossman<br>3 Pen Mar Street<br>Waynesboro, PA 17268-1629 |
| Climate Controllers<br>110 East H Street<br>Brunswick, MD 21716-1452 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | David W. Tyler, Jr.<br>19137 Valley Overlook Court<br>Knoxville, MD 21758-1350 |
| Ferguson Enterprises<br>13890 Lowe Street<br>Chantilly, VA 20151-3277 | Ferguson Enterprises<br>c/o Accounts Payable<br>P.O. Box 644054<br>Pittsburgh, PA 15264-4054 | First United Bank & Trust<br>P.O. Box 636<br>Oakland, MD 21550-4636 |
| Ford Motor Credit Company<br>P.O. Box 290119<br>Saint Louis, MO 63179-0119 | JL Renshaw Inc.<br>10 Ivybridge Court<br>Reisterstown, MD 21136-5951 | Jason Lamb<br>P.O. Box 77<br>Sabillasville, MD 21780-0077 |
| M&T Bank<br>Fia Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Noland Company<br>4972 Boiling Brook Parkway<br>Rockville, MD 20852-2300 | Noland Company<br>600 South Market Street<br>Frederick, MD 21701-6598 |
| Noland Company<br>8849 Brookville Road<br>Silver Spring, MD 20910-1804 | PNC Bank<br>P.O. Box 25489<br>Fort Worth, TX 76124-2489 | PNC Bank<br>P.O. Box 747066<br>Pittsburgh, PA 15274-7066 |
| RE Michel Company<br>P.O. Box 2318<br>Baltimore, MD 21203-2318 | Raymond H. Bowers, Sr.<br>2 Locust Street<br>Gettysburg, PA 17325-7831 | Rexel USA<br>P.O. Box 2182<br>Philadelphia, PA 19175-0001 |
| Robert G. Shuster, LLC<br>12850 Middlebrook Road<br>Suite 225<br>Germantown, MD 20874-5279 | Scott & Goldman<br>590 W. Crossville road<br>Suite 104<br>Roswell, GA 30075-7512 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |

```
Sun Trust                          Target Sheet Metal                 Tax. Auth. of Wash. County, MD
Consumer Loan Payments             8569 Allas Drive                   Treasurers Office
P.O. Box 291144                    Gaithersburg, MD 20877-4135        35 West Washington Street, Room 102
Baltimore, MD 21279-1144                                              Hagerstown, MD 21740-4844


Thomas Somerville Co.              (p)TOYOTA MOTOR CREDIT CORPORATION  Tristate/Hagmeyer NA
P.O. Box 62456                     PO BOX 8026                         12117 Insurance Way
Baltimore, MD 21264-2456           CEDAR RAPIDS IA 52408-8026          Hagerstown, MD 21740-5176


United Electrical Supply Co., Inc. Verizon Wireless                    Gary A. Rosen
P.O. Box 62456                     P.O. Box 25505                      One Church Street
Baltimore, MD 21264-2456           Lehigh Valley, PA 18002-5505        Suite 802
                                                                       Rockville, MD 20850-4170


Howard M. Heneson
Howard M. Heneson, P.A.
810 Glen Eagles Court
Suite 301
Towson, MD 21286-2237
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Toyota Financial Services
P.O. Box 371339
Pittsburgh, PA 15250-7339
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)David Tyler, Sr.                End of Label Matrix
1168 Rolling Lane                  Mailable recipients    39
Harpers Ferry, VA 24525-5597       Bypassed recipients     1
                                   Total                  40
```