**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)   Case Number **10–24004**

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 6/22/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Proficient Services, LLC
fka Proficient Plumbing, LLC
19137 Valley Overlook Court
Knoxville, MD 21758–0000

| Case Number:<br>10–24004   WIL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>20–3564719 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Howard M. Heneson<br>Howard M. Heneson, P.A.<br>810 Glen Eagles Court<br>Suite 301<br>Towson, MD 21286<br>Telephone number: (410) 494–8388 | Bankruptcy Trustee (name and address):<br>Gary A. Rosen<br>One Church Street<br>Suite 802<br>Rockville, MD 20850<br>Telephone number: (301) 251–0202 |

### Meeting of Creditors
Date: **August 23, 2010**     Time: **11:30 AM**
Location: **One East Franklin Street, 2nd Floor, Hagerstown, MD 21740**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number: (301) 344–8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 6/22/10 |

**EXPLANATIONS**  B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0416-0           User: pneal                  Page 1 of 1                   Date Rcvd: Jun 22, 2010
Case: 10-24004                 Form ID: B9B                 Total Noticed: 39

The following entities were noticed by first class mail on Jun 24, 2010.
 db           +Proficient Services, LLC,    19137 Valley Overlook Court,    Knoxville, MD 21758-1350
 aty          +Howard M. Heneson,    Howard M. Heneson, P.A.,    810 Glen Eagles Court,    Suite 301,
                Towson, MD 21286-2237
 tr           +Gary A. Rosen,    One Church Street,    Suite 802,    Rockville, MD 20850-4170
26060971       AT&T Mobility,    PO Box 536216,    Atlanta, GA 30353-6216
26060970      +American Services Group, Inc.,     774 Smithfield Avenue,    Winchester, VA 22601-5404
26060972      +Auto Enhancements,    7932 Reichs Ford Road,    Frederick, MD 21704-6638
26060973      +Brian Robinson,    11821 Taneytown Pike,    Taneytown, MD 21787-1162
26060974       Carrier Enterprises LLC,    P.O. Box 905542,    Charlotte, NC 28290-5542
26060975      +Charles Mossman,    3 Pen Mar Street,    Waynesboro, PA 17268-1629
26060976      +Climate Controllers,    110 East H Street,    Brunswick, MD 21716-1452
26061004      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
26060978      +David W. Tyler, Jr.,    19137 Valley Overlook Court,    Knoxville, MD 21758-1350
26060980       Ferguson Enterprises,    c/o Accounts Payable,    P.O. Box 644054,    Pittsburgh, PA 15264-4054
26060979      +Ferguson Enterprises,    13890 Lowe Street,    Chantilly, VA 20151-3277
26060981      +First United Bank & Trust,    P.O. Box 636,    Oakland, MD 21550-4636
26060982       Ford Motor Credit Company,    P.O. Box 290119,    Saint Louis, MO 63179-0119
26060984       JL Renshaw Inc.,    10 Ivybridge Court,    Reisterstown, MD 21136-5951
26060983      +Jason Lamb,    P.O. Box 77,    Sabillasville, MD 21780-0077
26060985       M&T Bank,    Fia Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
26060988      +Noland Company,    4972 Boiling Brook Parkway,    Rockville, MD 20852-2300
26060987      +Noland Company,    8849 Brookville Road,    Silver Spring, MD 20910-1804
26060986      +Noland Company,    600 South Market Street,    Frederick, MD 21701-6598
26060989       PNC Bank,    P.O. Box 747066,    Pittsburgh, PA 15274-7066
26060990      +PNC Bank,    P.O. Box 25489,    Fort Worth, TX 76124-2489
26060992      +RE Michel Company,    P.O. Box 2318,    Baltimore, MD 21203-2318
26060991      +Raymond H. Bowers, Sr.,    2 Locust Street,    Gettysburg, PA 17325-7831
26060993       Rexel USA,    P.O. Box 2182,    Philadelphia, PA 19175-2182
26060994      +Robert G. Shuster, LLC,    12850 Middlebrook Road,    Suite 225,    Germantown, MD 20874-5279
26060995      +Scott & Goldman,    590 W. Crossville road,    Suite 104,    Roswell, GA 30075-7512
26061006      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
26060996       Sun Trust,    Consumer Loan Payments,    P.O. Box 291144,    Baltimore, MD 21279-1144
26060997      +Target Sheet Metal,    8569 Allas Drive,    Gaithersburg, MD 20877-4135
26061005      +Tax. Auth. of Wash. County, MD,    Treasurers Office,    35 West Washington Street, Room 102,
                Hagerstown, MD 21740-4844
26060998       Thomas Somerville Co.,    P.O. Box 62456,    Baltimore, MD 21264-2456
26061000      +Tristate/Hagmeyer NA,    12117 Insurance Way,    Hagerstown, MD 21740-5176
26061001       United Electrical Supply Co., Inc.,    P.O. Box 62456,    Baltimore, MD 21264-2456

The following entities were noticed by electronic transmission on Jun 22, 2010.
26060969       EDI: AMEREXPR.COM Jun 22 2010 19:13:00     American Express,    P.O. Box 1270,
                Newark, NJ 07101-1270
26060999       EDI: TFSR.COM Jun 22 2010 19:13:00     Toyota Financial Services,    P.O. Box 371339,
                Pittsburgh, PA 15250-7339
26061002       EDI: AFNIVZWIRE.COM Jun 22 2010 19:13:00     Verizon Wireless,    P.O. Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26060977       David Tyler, Sr.,    1168 Rolling Lane,    Harpers Ferry, VA 24525-5597
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                    **Signature:**    _/s/ Joseph Speetjens_