Form ntcpriv

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   10–24004 WIL      Chapter:   7**

Proficient Services, LLC
Debtor(s)

## NOTICE OF REQUIREMENT TO COMPLY WITH
## THE JUDICIAL CONFERENCE OF THE UNITED STATES AND
## THE E–GOVERNMENT ACT OF 2002

Notice is hereby given that, in compliance with the policies of the Judicial Conference of the United States and the E–Government Act of 2002 as amended December 1, 2007[1], promoting electronic access to case files while also protecting personal privacy and other legitimate interests, parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal identifiers from all documents filed with the Court, including exhibits to such filings, unless otherwise ordered by the Court:

**Social Security Number:**  Only the last four digits of a Social Security number may be listed in the filing.
**Names of Minor Children:**  Only the initials of minor children may be listed in the filing.
**Dates of Birth:**  Only the year of birth may be listed in the filing.
**Financial Account Numbers:**  Only the last four digits of financial account numbers may be listed in the filing.

The responsibility for redaction rests solely with the filing party.

Clerk's Office staff will not review each filing for compliance with this rule.

Dated: 6/22/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, P Neal301–344–3371

---

[1]**http://www.uscourts.gov/rules/privacy2.html**

# CERTIFICATE  OF  NOTICE

```
District/off: 0416-0          User: pneal            Page 1 of 1           Date Rcvd: Jun 22, 2010
Case: 10-24004                Form ID: ntcpriv       Total Noticed: 37
```

The following entities were noticed by first class mail on Jun 24, 2010.

```
db          +Proficient Services, LLC,   19137 Valley Overlook Court,   Knoxville, MD 21758-1350
26060971     AT&T Mobility,   PO Box 536216,   Atlanta, GA 30353-6216
26060969     American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
26060970    +American Services Group, Inc.,   774 Smithfield Avenue,   Winchester, VA 22601-5404
26060972    +Auto Enhancements,   7932 Reichs Ford Road,   Frederick, MD 21704-6638
26060973    +Brian Robinson,   11821 Taneytown Pike,   Taneytown, MD 21787-1162
26060974     Carrier Enterprises LLC,   P.O. Box 905542,   Charlotte, NC 28290-5542
26060975    +Charles Mossman,   3 Pen Mar Street,   Waynesboro, PA 17268-1629
26060976    +Climate Controllers,   110 East H Street,   Brunswick, MD 21716-1452
26061004    +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
26060978    +David W. Tyler, Jr.,   19137 Valley Overlook Court,   Knoxville, MD 21758-1350
26060980     Ferguson Enterprises,   c/o Accounts Payable,   P.O. Box 644054,   Pittsburgh, PA 15264-4054
26060979    +Ferguson Enterprises,   13890 Lowe Street,   Chantilly, VA 20151-3277
26060981    +First United Bank & Trust,   P.O. Box 636,   Oakland, MD 21550-4636
26060982    +Ford Motor Credit Company,   P.O. Box 290119,   Saint Louis, MO 63179-0119
26060984     JL Renshaw Inc.,   10 Ivybridge Court,   Reisterstown, MD 21136-5951
26060983    +Jason Lamb,   P.O. Box 77,   Sabillasville, MD 21780-0077
26060985     M&T Bank,   Fia Card Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
26060988    +Noland Company,   4972 Boiling Brook Parkway,   Rockville, MD 20852-2300
26060987    +Noland Company,   8849 Brookville Road,   Silver Spring, MD 20910-1804
26060986    +Noland Company,   600 South Market Street,   Frederick, MD 21701-6598
26060989     PNC Bank,   P.O. Box 747066,   Pittsburgh, PA 15274-7066
26060990    +PNC Bank,   P.O. Box 25489,   Fort Worth, TX 76124-2489
26060992    +RE Michel Company,   P.O. Box 2318,   Baltimore, MD 21203-2318
26060991    +Raymond H. Bowers, Sr.,   2 Locust Street,   Gettysburg, PA 17325-7831
26060993     Rexel USA,   P.O. Box 2182,   Philadelphia, PA 19175-2182
26060994    +Robert G. Shuster, LLC,   12850 Middlebrook Road,   Suite 225,   Germantown, MD 20874-5279
26060995    +Scott & Goldman,   590 W. Crossville road,   Suite 104,   Roswell, GA 30075-7512
26061006    +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
26060996     Sun Trust,   Consumer Loan Payments,   P.O. Box 291144,   Baltimore, MD 21279-1144
26060999   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,   P.O. Box 371339,
              Pittsburgh, PA 15250-7339)
26060997    +Target Sheet Metal,   8569 Allas Drive,   Gaithersburg, MD 20877-4135
26061005    +Tax. Auth. of Wash. County, MD,   Treasurers Office,   35 West Washington Street, Room 102,
              Hagerstown, MD 21740-4844
26060998     Thomas Somerville Co.,   P.O. Box 62456,   Baltimore, MD 21264-2456
26061000    +Tristate/Hagmeyer NA,   12117 Insurance Way,   Hagerstown, MD 21740-5176
26061001     United Electrical Supply Co., Inc.,   P.O. Box 62456,   Baltimore, MD 21264-2456
```

The following entities were noticed by electronic transmission on Jun 22, 2010.

```
26061002     E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 23 2010 01:47:59     Verizon Wireless,
              P.O. Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                    TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26060977     David Tyler, Sr.,   1168 Rolling Lane,   Harpers Ferry, VA 24525-5597
                                                                                    TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                    **Signature:**  _Joseph Speetjens_